Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 16–19998–CMG
                Chapter: 13
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alex R Sugimoto
   29 Schmidt Circle
   Wtachung, NJ 07069

Social Security No.:
   xxx–xx–0565

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/28/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 28, 2018
JAN: bwj

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 16-19998-CMG
Alex R Sugimoto   Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Dec 28, 2018
              Form ID: 148   Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.
```
db             +Alex R Sugimoto,    29 Schmidt Circle,    Wtachung, NJ 07069-5952
516194439      +Avalon Bay Communities,    500 Bristol Blvd.,    Somerset, NJ 08873-1467
516194440      +Bank of Evansville n/k/a,    German American Bancorp,    c/o Jackson Kelly,
                221 N.W. Fifth Street,    Evansville, IN 47708-1303
516194442      +Chase,    PO Box 901003,    Fort Worth, TX 76101-2003
516440473      +JPMorgan Chase Bank, N.A.,    P.O. Box 901032,    Ft. Worth, TX 76101-2032
516194451      +Phillips Barber Family Health Center,    2235 Mercury Way,    Suite 275,
                Santa Rosa, CA 95407-5463
516194452      +Rushmore Loan Management Services,    15480 Laguna Canyon Road,    Suite 100,
                Irvine, CA 92618-2132
516194455       Warrick County Tax Collector,    1 Judicial Square,    Boonville, IN 47601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 29 2018 00:27:07     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 29 2018 00:27:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr              EDI: IRS.COM Dec 29 2018 04:53:00      United States of America (Internal Revenue Service,
                U.S. Attorney's Office,    970 Broad Street,    Suite 700,    Newark, NJ  07102-2535
516214577      +EDI: AISACG.COM Dec 29 2018 04:53:00      Ascension Capital Group,
                Attn: BMW Financial Services NA, LLC,    Department,    P.O. Box 201347,
                Arlington, TX 76006-1347
516194441       EDI: BMW.COM Dec 29 2018 04:53:00      BMW Financial Services,    5515 Parkcenter Drive,
                Dublin, OH 43017
516213348      +EDI: AISACG.COM Dec 29 2018 04:53:00      BMW Financial Services NA, LLC,
                c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516194444      +EDI: CITICORP.COM Dec 29 2018 04:53:00      Citicard,    PO Box 6241,
                Sioux Falls, SD 57117-6241
516194445      +EDI: WFNNB.COM Dec 29 2018 04:53:00      Comenity,    Attn: Bankruptcy Dept.,
                Post Office Box 182125,    Columbus, OH 43218-2125
516194446      +EDI: FSAE.COM Dec 29 2018 04:53:00      Firstsource Advantage,    205 Bryant Woods South,
                Amherst, NY 14228-3609
516240620       E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 29 2018 00:28:31
                Indiana Department of Revenue,    Bankruptcy Section,    100 N. Senate Ave, Room N240,
                Indianapolis, Indiana  46204
516443321       EDI: CAUT.COM Dec 29 2018 04:53:00      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
516352408       EDI: RESURGENT.COM Dec 29 2018 04:53:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Citibank, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516194450      +E-mail/Text: Bankruptcies@nragroup.com Dec 29 2018 00:28:28     National Recovery Agency,
                2491 Paxton Street,    Harrisburg, PA 17111-1036
516194453      +E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Dec 29 2018 00:28:31     State of Indiana,
                Department of Revenue,    PO Box 1104,    Indianapolis, IN 46206-1104
516194454      +E-mail/Text: bankruptcydepartment@tsico.com Dec 29 2018 00:28:03     Transworld Systems,
                507 Prudential Road,    Horsham, PA 19044-2308
                                                                                               TOTAL: 15
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516194443        Chase
516368641*       Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
516442815*      ++INDIANA DEPARTMENT OF REVENUE,    ATTN BANKRUPTCY,    100 N SENATE AVE,
                  INDIANAPOLIS IN 46204-2253
                 (address filed with court: INDIANA DEPARTMENT OF REVENUE,    BANKRUPTCY SECTION,
                  100 N SENATE AVE, ROOM N240,    INDIANAPOLIS, INDIANA 46204)
516194449*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    1111 Constitution Ave., N.W.,
                  Washington, DC 20224)
516194448*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Attn: Special Procedures,
                  955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
516194447*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516455291*      +Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 28, 2018
                              Form ID: 148             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:

```
          Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Brian W. Hofmeister     on behalf of Debtor Alex R Sugimoto bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
                                                                                           TOTAL: 5
```